UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20461-CR-KING/BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENY ALBERTO GAYOSO SANTANA,

    Defendant.
_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on October 21, 2021, a hearing was held to determine whether defendant **DENY ALBERTO GAYOSO SANTANA** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this defendant as required. Therefore, it is hereby ordered that the defendant **DENY ALBERTO GAYOSO SANTANA** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of Title 18, United States Code, Section 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by indictment in the Southern District of Florida with one count of use of unauthorized access devices in violation of Title 18, United States Code, Section 1029(a)(2), four counts of falsely representing a social security number in violation of Title 42, United States Code, Section 408(a)(7)(B) and four counts of

aggravated identity theft in violation of Title 18, United States Code, Section 1028A(a)(1).

2.  The weight of the evidence against the defendant is substantial. The government has proffered that from on or about November 27, 2020, and continuing through on or about December 28, 2020, the defendant participated in several false identification schemes by fraudulently using a driver's license and social security numbers. The defendant admitted to being provided with fraudulent identifications by another person.

3.  The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on February 23, 1985 in Cuba. The defendant has been arrested twelve times since 2008 and was in prison for four years of that time. The defendant has two supervised release violations and four probation violations. While on supervised release, the defendant absconded from supervision and committed the instant offenses. Title 18, United States Code, Section 3142(g)(3)(A).

4.  The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required. The defendant has multiple probation and supervised release violations and was in violation of his supervised release at the time he committed the instant offenses leading the Court to believe that the defendant cannot follow court orders and would be a flight risk if released on bond. Based upon the above findings of fact, which were supported by a preponderance of the evidence, the Court has concluded that this defendant presents a risk of flight.

The Court hereby directs:

(a)  That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b)  That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c)  That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this the **21st** day of October, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE