UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20461-CR-KING          Date: May 18, 2022     Judge James Lawrence King
Defendant: **Deny Alberto Gayoso Santana**     Defense counsel: Ian McDonald, AFPD
AUSA:   Kelly S. Karase                U.S. Probation: Michael Soto

**JUDGMENT AND SENTENCE**

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count I |  | 33 |  |  |
| IX |  | 24 |  |  |

**TOTAL SENTENCE 57 MONTHS**

( ) Defendant given credit for time served
( ) CONCURRENT each count (X) CONSECUTIVE
(X) Assessment $ 200.00
( ) Fine: (X) none imposed   -0-
(X) The court orders restitution in the amount of $43,400.00
(X) Count remaining dismissed _____
(X) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|  | YEARS |
|---|---|
| Counts I, | 3 |
| IX | 1 |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
(X) CONCURRENT each count ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction (X) Substance Abuse Treatment (X) Financial Disclosure (X) Permissible Search ( ) Mental Health Treatment   ( ) IRS Cooperation ( ) Related Concerns Restrictions (X) Unpaid fines, restitution, and any other fines   ( ) Return Passport to Defendant or his Counsel (X) No new Debt Restriction (X) Credit Card Restriction

**CUSTODY**
(X) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(X) The court recommends:   South Florida Facility or as close to South Florida as possible
(X) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.     *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- The Court Adopts and Affirm the Report & Recommendation for the Plea of Guilty as to Counts 1 and 9 of the Indictment

- The Court hereby Adjudicates the defendant as to Counts 1, and 9
- Government's Motion for Preliminary Forfeiture (D.E. #24) held
- The Court finds that the motion be and the same is hereby - **Granted**
- Government's Motion to Dismiss remaining Counts held
- The Court finds that the motion be and the same is hereby - **Granted**
- Defense Motion for Time served held
- The Court finds that the motion be and the same is hereby - **DENIED**

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Sharon Velasco